UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                        Civil No. 10-cv-39-JL

Alex Washington, et al.

**O R D E R**

Based on the defendant's recent assent (document no. 41) to the plaintiff's proposal as described in the court's March 17, 2011 order, the case is hereby stayed. The parties shall file status reports every 120 days. In light of this stay, the pending motion to dismiss (document no. 34) is hereby denied without prejudice to being reinstated on request, if necessary and appropriate, after the stay is lifted.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: April 12, 2011

cc: Edward J. Murphy, Esq.
    Patricia E.S. Gardner, Esq.
    William Philpot, Jr., Esq.