UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


United States of America

    v.                       Civil No. 10-cv-00039-JL

Alex D. Washington, et al.


**O R D E R**

    The stay is lifted as to the claim of the United States against defendants Bank of America, Bank of New York, and Mellon Trust Company, N.A. only.  Counsel for the United States and those defendants shall, after conferring, see Fed. R. Civ. P. 26(f), submit a joint proposed scheduling order to the court for the litigation of the claims of the United States against Bank of America, Bank of New York, and Mellon Trust, see Fed. R. Civ. P. 16(b).  The joint proposed scheduling order shall be filed on or before **June 30, 2012**, and shall include a summary judgment motion deadline that is (a) on or after the completion of fact and expert discovery; and (b) at least 120 days before the final pretrial conference.  No preliminary pretrial conference shall be held.  The stay remains in place as to the claims of the United States against the Washingtons.  Nothing in this order shall affect this court's approval of the parties' stipulation to the sale of the subject property (document no. 50).

**SO ORDERED.**

Joseph N. Laplante
United States District Judge

Dated:  June 1, 2012

cc:  Edward J. Murphy, Esq.
     Patricia E.S. Gardner, Esq.
     William Philpot, Jr., Esq.

2