IN THE DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>ALEX D. WASHINGTON,<br>SHARON N. WASHINGTON,<br>AMERICAN STRATEGIC INCOME<br>PORTFOLIO, INC. – III, and<br>BANK OF AMERICA, BANK OF<br>NEW YORK, MELLON TRUST<br>COMPANY, N.A.<br>        Defendants. | Case No. 1:10-CV-0039<br>Hon. Joseph N. Laplante |

## ORDER DISCHARGING LIENS

After consideration of the party's positions with respect to the sale of the property identified as 6 Autumn Lane in Londonderry, New Hampshire, namely Bank of America/Bank of New York, Mellon Trust Company, N.A., as represented by Haughey, Philpot & Laurent, and Alex and Sharon Washington, as represented by The Gardner Law Firm, Patricia S. Gardner, Esq., LLC; and Bank of America/Bank of New York, Mellon Trust Company, N.A., consenting to the within order, it is so

ORDERED THAT:

To the extent existent, any lien or interest of either of Bank of America or Bank of New York, Mellon Trust Company, N.A., in or on the residential property identified as 6 Autumn Lane in Londonderry, New Hampshire ("Property") is hereby DISCHARGED, so that sale of the Property may go forward; and, any interest or lien on the net proceeds of sale of the Property that either Bank of America or Bank of New York, Mellon Trust Company, N.A., may assert shall await further order of this Court as set forth in the Endorsed Stipulation entered on the Court's Docket at #50.

_____
Hon. Joseph N. Laplante/United States District Judge

Dated: Dec 10, 2012

1