IN THE DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALEX D. WASHINGTON, )<br>SHARON N. WASHINGTON, )<br>AMERICAN STRATEGIC INCOME )<br>PORTFOLIO, INC. – III, and )<br>BANK OF AMERICA, BANK OF )<br>NEW YORK, MELLON TRUST )<br>COMPANY, N.A. )<br>Defendants. ) | Case No. 1:10-CV-0039<br>Hon. Joseph N. Laplante |

## ORDER TO DEPOSIT FUNDS

This matter comes before the Court pursuant to the agreement reached by the parties as filed by way of Stipulation at Docket #50 in this case, and as endorsed by this Court, such that the net proceeds from sale of 6 Autumn Lane in Londonderry, New Hampshire in the amount of $185,380.08 ("Closing Proceeds") was agreed by the parties to be deposited into the Court's Registry, with the Court to determine at a later date the ownership of said Closing Proceeds; and good cause shown and found for entry of the within Order, it is so

ORDERED THAT:

Pursuant to the Stipulation entered on the Court's Docket at #50 and pursuant to Local District Court Rule 67.2(a)-(b), the Closing Proceeds shall be deposited into the Court's Registry into an interest bearing account for this case, pending further Order of this Court.

_____
Hon. Joseph N. Laplante, United States District Judge

Dated: 12/20/12

1