IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:10-cv-39-JL |
| v. ) | |
| ) | Judge Joseph N. LaPlante |
| ALEX D. WASHINGTON, ) | |
| SHARON N. WASHINGTON, ) | |
| AMERICAN STRATEGIC INCOME ) | |
| PORTFOLIO, INC. - III, ) | |
| BANK OF AMERICA, and ) | |
| THE BANK OF NEW YORK, MELLON ) | |
| TRUST COMPANY, N.A., ) | |
| ) | |
| Defendants. ) | |

*FILED JUL -2 2013 U.S. DISTRICT COURT DISTRICT OF NEW HAMPSHIRE*

The plaintiff United States of America's Motion for Disbursement of Funds is GRANTED.

Accordingly, the Clerk shall disburse the sum of $185,380.08 that is currently held in the Court's registry (plus any interest that may have accrued) by a check made payable to the "United States Department of Justice" and sent to the following:

William E. Thompson,
Department of Justice, Tax Division, Office of Review
P.O. Box 310
Ben Franklin Station
Washington, D.C. 20044

IT IS SO ORDERED.

Dated: 7/2/13

JOSEPH N. LAPLANTE
UNITED STATES DISTRICT JUDGE